**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PERIPHAGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRYSTAL BIOTECH, INC., KRISH S. KRISHNAN, )<br>and SUMA KRISHNAN, )<br>)<br>Defendants. )<br>_____ )<br>)<br>KRYSTAL BIOTECH, INC. )<br>)<br>Defendant and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>JAMES WECHUCK and DAVID KRISKY, )<br>)<br>Third-Party Defendants. ) | Civil Action No. 2:20-cv-00646-MRH<br><br>Chief Judge Mark R. Hornak |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2021, upon consideration of the DEFENDANT / THIRD-PARTY PLAINTIFF KRYSTAL BIOTECH, INC.'S MOTION FOR LEAVE TO FILE CONFIDENTIAL INFORMATION UNDER SEAL, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

BY THE COURT,

_____J.

5