IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERIPHAGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRYSTAL BIOTECH, INC., KRISH S. KRISHNAN, and SUMA KRISHNAN, <br><br> Defendants. <br><br> KRYSTAL BIOTECH, INC. <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> JAMES WECHUCK and DAVID KRISKY, <br><br> Third-Party Defendants. | Civil Action No. 2:20-cv-00646-MRH <br><br> Chief Judge Mark R. Hornak |

**ORDER OF COURT**

AND NOW, this 30TH day of APRIL, 2021, upon consideration of the DEFENDANT / THIRD-PARTY PLAINTIFF KRYSTAL BIOTECH, INC.'S MOTION FOR LEAVE TO FILE CONFIDENTIAL INFORMATION UNDER SEAL, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

BY THE COURT,

_____ J.

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge

5