IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERIPHAGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRYSTAL BIOTECH, INC., KRISH S. KRISHNAN, and SUMA KRISHNAN, <br><br> Defendants. <br> ———————————————— <br> KRYSTAL BIOTECH, INC. <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> JAMES WECHUCK and DAVID KRISKY, <br><br> Third-Party Defendants. | Civil Action No. 2:20-cv-00646-MRH <br><br> Chief Judge Mark R. Hornak |

## ORDER

AND NOW, this <u>18th</u> day of October, 2021, upon consideration of the Parties' Joint Motion for Leave to File Under Seal the Proposed Joint Order Memorializing Parties' Agreed Resolution of Discovery Disputes Raised in Their April 30, 2021, May 3, 2021, May 4, 2021 and May 11, 2021 Letters to the Court, it is hereby ORDERED that said Motion is GRANTED.

This Order may be vacated and sealing lifted for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

s/ Mark R. Hornak
———————————————
Mark R. Hornak
Chief United States District Judge

**This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge**